ROSEBAULT v. FORD LEATHER CO. (Supreme Court, Appellate Division, First De-.

partment. December 13, 1912.) Action by Walter M. Rosebault against the Ford Leather Company. No opinion. Motion granted, with $10 costs. Order filed.